**J-101-2019**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH M. MASSI, SR.,

        Appellant

        v.

CITY OF CHESTER AGGREGATED
PENSION BOARD AND CITY OF
CHESTER,

        Appellees

:  No. 38 MAP 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2019, the Joint Application to Discontinue Appeal is GRANTED.

    Justice Donohue notes her dissent.